PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Akeem Cauthen  Cr.: 18-00416-001
PACTS #: 5055973

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/24/2018

Original Offense:   18 U.S.C. § 1709 - Theft of Mail

Original Sentence: 36 months probation

Special Conditions: Drug Testing and Treatment, Financial Disclosure, Life Skills Counseling, No New Debt/Credit, Special Assessment $100.00, Motor Vehicle Compliance, Location Monitoring Program (six months), Support Dependents

Type of Supervision: Probation  Date Supervision Commenced: 10/24/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   The offender has violated the following special condition: **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescribed drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

   On March 15, 2019, Cauthen submitted a urinalysis which yielded a positive result for marijuana. Cauthen admitted to using marijuana and signed an admission of drug use form. The most recent urinalysis submitted on January 17, 2020 yielded negative results.

U.S. Probation Officer Action:

At this time, we are requesting no formal Court action be taken. To date, all previous and post urinalysis submitted by Cauthen yielded negative results. The most recent urinalysis submitted on January 17, 2020 yielded negative results. He is cooperative with the probation office, maintained stable residence,

employment, and satisfied the special conditions of location monitoring and motor vehicle compliance as ordered by the Court. We will continue to monitor Cauthen and his compliance with his conditions of probation. We recommend presentation of the attached Probation Form 12A to Cauthen as a written reprimand issued under the authority of the Court. If his non-compliance continues, the Court will be notified immediately.

Respectfully submitted,
*Elisa Martinez*
By: Elisa Martinez/jm
Supervising U.S. Probation Officer
Date: 03/24/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

X  No Formal Court Action to be Taken at This Time **(as recommended by the Probation Office)**

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

*s/Susan D. Wigenton*

HON. SUSAN D. WIGENTON
U.S.D.J.

**March 31, 2020**

Date